Scott A. Brown, SBN 177099
David M. Poore, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:	(925) 943-1166
Facsimile:	(925) 955-8600
sbrown@bplegalgroup.com

Attorneys for Plaintiffs
RICHARD MAGLIARI
MATTHEW MORRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAGLIARI, MATTHEW MORRISON,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., ORESTE GONELLA, and DOES 1 to 10,<br><br>Defendants. | Case No. 18-cv-04676<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HERBY STIPULATED pursuant to Civil Local Rules, Rule 6-2(a), by and between the parties, Plaintiffs RICHARD MAGLIARI and MATTHEW MORRISON and Defendants VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., ORESTE GONELLA, and through their respective attorneys of record as follows:

The initial case management conference is currently set for November 6, 2018. The deadline for Defendants to file an Answer or Responsive Pleading is November 13, 2018. Accordingly, the parties request that the Court continue the case management conference 30-45 days, to a date that accommodates the court's schedule.

Dated: October 29, 2018

BROWN | POORE LLP

By: //s// Scott A. Brown
Scott A. Brown
Attorneys for Plaintiffs

Dated: October 29, 2018

GORDON & REES

By: [signature]
Geneva A. Collins
Attorneys for Defendants

**IT IS SO ORDERED.**

The Initial Case Management Conference shall be continued to 1/15/19 @ 1:30 p.m.

Dated: 10/31/18

By: [signature]
Kandis A. Westmore
United States Magistrate Judge

-2-

MAGLIARI ET AL V. VICTORY AUTO PLAZA, ET AL