LINDA M. MORONEY (SBN: 172668)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Lmoroney@grsm.com

Attorneys for Defendants
VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., AND ORESTE GONELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAGLIARI, MATTHEW MORRISON, <br><br>Plaintiff, <br><br>vs. <br><br>VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., ORESTE GONELLA; and DOES 1 through 10, <br><br>Defendants. | CASE NO. 4:18-CV-04676 KAW <br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSING CASE** |

Plaintiffs RICHARD MAGLIARI and MATTHEW MORRISON, and Defendants VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., and ORESTE GONELLA, by and through their respective counsel, hereby stipulate as follows:

The Parties have entered into a Settlement Agreement that settles all aspects of the lawsuit.

The Parties move to dismiss with prejudice the Complaint, which shall constitute a dismissal of the entire action.

///

///

///

-1-
STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSING CASE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREFORE, the Parties, by and through their attorneys of record, so stipulate.

Dated: September 13, 2019          GORDON REES SCULLY MANSUKHANI, LLP

By: /S/ Linda M. Moroney
LINDA M. MORONEY
Attorneys for Defendants
VICTORY AUTO PLAZA, THE NICEST GUYS AROUND, INC., ORESTE GONELLA

Dated: September 13, 2019          BROWN POORE LLP

By: /S/ Scott A. Brown
SCOTT A. BROWN
DAVID M. POORE
Attorneys for Plaintiffs
RICHARD MAGLIARI,
MATTHEW MORRISON

### [~~PROPOSED~~] ORDER

The Parties' Stipulated Request for Dismissal with Prejudice is granted. The entire action, Case No. 3:18-CV-04676 KAW, is hereby dismissed with prejudice.

Dated: 9/17/19

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE